JOSEPH C. HOWARD, JR. [SBN: 050784]
GLENN D. MARTIN [SBN: 99912]
TODD H. MASTER [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715

Attorneys for Defendants
CITY OF SAN CARLOS, OFFICERS ARMAND BONVICINO,
DAVID BUELOW, and NICK NGUYEN

RECEIVED 06 MAR 15 PM 12:38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 22 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE HOPKINS,

  Plaintiff,

vs.

OFFICER A. BONVICINO, et al.

  Defendants.

Case No. C 05-2932 JSW  JL

STIPULATION AND PROPOSED ORDER RE DEFENDANTS' APPLICATION TO BE EXCUSED FROM ATTENDING SETTLEMENT CONFERENCE

## STIPULATION

This matter is scheduled for settlement conference on March 31, 2006 at 10 a.m. Defendant Police Officers Armand Bonvicino, Nick Nguyen and David Buelow are no longer employees of the City of San Carlos. The City requests that the officers be excused from personally attending this conference. Their absence will not impair the City's ability to discuss or settle the case.

Counsel for the defendants has discussed these facts with plaintiff's counsel and he agrees that the officers need not be present.

1

STIPULATION AND PROPOSED ORDER RE DEFENDANTS' APPLICATION TO BE EXCUSED FROM ATTENDING SETTLEMENT CONFERENCE
Case No. C 05-2932 JSW

It is therefore stipulated between the parties that officers Armand Bonvicino, Nick Nguyen and David Buelow be excused from personally attending the settlement conference on March 31, 2006.

Date: February 28, 2006

HOWARD ROME MARTIN & RIDLEY LLP

By: _____
Joseph C. Howard, Jr.
Glenn D. Martin
Todd H. Master
Attorneys for Said Defendants

Date: 13 March 2006

By: _____
Anthony Boskovich, Esq.
Attorney for Plaintiff Bruce Hopkins

**ORDER**

Pursuant to the above facts and stipulation, it is hereby ordered that defendants Armand Bonvicino, Nick Nguyen and David Buelow are excused from personally attending the settlement conference on March 31, 2006.

Date: 3-22-06

By: _____
Magistrate Judge James Larson

2

STIPULATION AND PROPOSED ORDER RE DEFENDANTS APPLICATION TO BE EXCUSED FROM ATTENDING SETTLEMENT CONFERENCE
Case No. C 05-2932 JSW

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715