IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRUCE HOPKINS,

    Plaintiff,

    v.

OFFICER A. BONVICINO, et al.,

    Defendants.
                                      /

No. C 05-02932 JSW

**ORDER TO SHOW CAUSE**

On September 20, 2006, Defendants filed a motion for summary judgment and noticed it for a hearing on October 27, 2006. Pursuant to Northern District Civil Local Rule 7-3(a), Plaintiff's opposition was due on October 6, 2006. No such opposition has been filed.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why Defendants' motion should not be granted as unopposed. Plaintiff shall file his written response to this Order by 2:00 p.m. on October 13, 2006, and if he seeks to belatedly file an opposition to Defendants' motion, must show good cause for doing so. Defendants may file a reply to Plaintiff's response to this Order by 10:00 a.m. on October 17, 2006. The hearing on October 27, 2006, remains on calendar pending further order of this Court.

**IT IS SO ORDERED.**

Dated: October 10, 2006

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE