IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRUCE HOPKINS,

    Plaintiff,

v.

OFFICER A. BONVICINO, et al.,

    Defendants.

No. C 05-02932 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND ORDER APPROVING STIPULATION CONTINUING HEARING DATE AS MODIFIED HEREIN**

On October 10, 2006, the parties submitted a stipulation to continue the hearing to December 8, 2006. That date is unavailable to the Court. Accordingly, the October 27, 2006 hearing date is CONTINUED to December 15, 2006. Plaintiff's Opposition, if any, remains due pursuant to stipulation on or before November 15, 2006. Defendant's reply shall be due on or before November 22, 2006.

The Court also has received Plaintiff's response to the Order to Show Cause. Having considered that response, the Court discharges the Order to Show Cause without further action. However, the parties are advised that in the future if they intend to stipulate to continue any court date with associated deadlines, they should file their stipulation before those deadlines pass.

**IT IS SO ORDERED.**

Dated: October 11, 2006

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE