JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
MATTHEW J. JENSEN [SBN: 238197]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715

Attorneys for Defendants
CITY OF SAN CARLOS, OFFICERS ARMAND BONVICINO,
DAVID BUELOW, and NICK NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HOPKINS,<br><br>   Plaintiff,<br><br>vs.<br><br>OFFICER A. BONVICINO, et al.<br><br>   Defendants. | Case No. C 05-2932 JSW<br><br>[PROPOSED] ORDER TO STAY TRIAL PROCEEDINGS PENDING APPEAL<br><br>Date:   April 6, 2007<br>Time:   9:00 a.m.<br>Judge:  Hon. Jeffrey S. White<br>Courtroom: 2, 17th Floor |

The unopposed motion of Defendants CITY OF SAN CARLOS, ARMAND BONVICINO, DAVID BEULOW, and NICK NGUYEN for stay of trial proceedings pending appeal came for hearing before the Honorable Jeffrey S. White on April 6, 2007.

\\

\\

\\

\\

---

After full consideration of the application and authorities submitted, and good cause appearing, and based upon Plaintiff's lack of opposition to the motion,

IT IS ORDERED that the trial of this action is stayed until Defendants' appeal before the United States Court of Appeals for the Ninth Circuit is resolved. All parties will be required to attend a Case Management Conference before this Court after the Ninth Circuit renders its decision.

The hearing set for April 6, 2007 is VACATED. The Court requests a status report from the parties in 120 days if the appeal has not been resolved.

Dated: March 2, 2007 , 2007

_____
HON. JEFFREY S. WHITE

[PROPOSED] ORDER TO STAY TRIAL PROCEEDINGS PENDING APPEAL; Case No. C 05-2932 JSW

2