IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRUCE HOPKINS,

    Plaintiff,

  v.

OFFICER A. BONVICINO, et al.,

    Defendants.

No. C 05-02932 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On March 2, 2007, the Court granted a motion to stay this matter pending appeal and ordered the parties to file a joint status report if the appeal was not resolved within 120 days. The Court has not received a status report from the parties. Accordingly, the parties are HEREBY ORDERED to submit a joint status report to the Court regarding the status of the appeal by no later than March 14, 2008. The parties shall file joint status reports every 180 days thereafter until the appeal is resolved and the stay is lifted.

**IT IS SO ORDERED.**

Dated: February 27, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE