IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRUCE HOPKINS,

    Plaintiff,

    v.

OFFICER A. BONVICINO, et al.,

    Defendants.
                                     /

No. C 05-02932 JSW

**SECOND ORDER REQUIRING JOINT STATUS REPORT**

On March 2, 2007, the Court granted a motion to stay this matter pending appeal and ordered the parties to file a joint status report if the appeal was not resolved within 120 days. On February 27, 2008, the Court ordered the parties to file joint status reports every 180 days thereafter until the appeal is resolved and the stay is lifted. The last status report was filed on September 10, 2008. The parties' joint status report is, therefore, overdue. Accordingly, the parties shall file a joint status report by no later than April 10, 2009, and shall resume filing joint status reports every 180 days thereafter until the appeal is resolved and the stay is lifted.

**IT IS SO ORDERED.**

Dated: April 3, 2009

                                                   JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE