**JOSEPH C. HOWARD, JR. [SBN: 050784]**
**TODD H. MASTER [SBN: 185881]**
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
CITY OF SAN CARLOS, OFFICERS ARMAND BONVICINO,
DAVID BUELOW, and NICK NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HOPKINS, | Case No. C 05-2932 JSW |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE** AS MODIFIED |
| vs. | |
| OFFICER A. BONVICINO, et al. | **Date:** **November 13, 2009** |
| Defendants. | **Time:** **1:30 p.m.** |
| | **Judge:** **Hon. Jeffrey S. White:** |
| | **Courtroom: 11** |

        Pursuant to ND CA Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED by and

between the parties hereto, through their respective attorneys of record, that the Status Conference.

recently scheduled by the Court for November 13, 2009 pursuant to the Clerk's Notice filed on

September 24, 2009 (Document No. 52). be continued until November 20, 2009 at 1:30 p.m.

        This continuance is being requested because counsel for defendants will be in Oregon on a

pre-planned trip on November 13, 2009 and will thus unavailable to attend the status conference as

currently scheduled.

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE; Case No. C 05-2932 JSW

1

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

LAW OFFICE OF ANTHONY BOSKOVICH

Dated: October 5, 2009          By ___/s/ Anthony Boskovich_____
                                        Anthony Boskovich
                                        Attorney for Plaintiff


HOWARD ROME MARTIN & RIDLEY LLP

Dated: October 5, 2009          By: ___/s/ Todd H. Master_____
                                        Todd H. Master
                                        Attorneys for Defendants


### ORDER

        Pursuant to the above stipulation, it is hereby ordered that the Status Conference is
                                December 4, 2009
continued until ~~November 20, 2009~~ at 1:30 p.m. in Courtroom 11.  The deadline for filing a joint

status conference statement will remain as set forth in the Court's September 24, 2009 Clerk's

Notice (Document 52). The Court is unvailable on November 20, 2009.


Date: October 6__, 2009          By:_____
                                        Hon. Jeffrey S. White

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715