Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiff BRUCE HOPKINS

**IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRUCE HOPKINS,<br>　　　　　　*Plaintiffs*,<br>v.<br>OFFICER A. BONVICINO, BADGE NO. 1140, individually and in his capacity as a San Carlos police officer; OFFICER BUELOW, individually and in his capacity as a San Carlos police officer; OFFICER NICK NGUYEN, BADGE NO. 1141, individually and in his capacity as a San Carlos police officer; JOHN DOE and RICHARD ROE, individually and in their capacities as San Carlos police officers, the identity and exact number of whom are unknown to plaintiff; CITY OF SAN CARLOS, DOES 1 through 25,<br>　　　　　　*Defendants*. | No. C 05-2932 JSW (JL)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

　　　　Upon review of their respective calendars, counsel for plaintiff has determined that he is unavaialable for the case management conference as presently set due to a mediation in Los Angeles in *Grandy v. United States*, Central District of California case number CV 09-1270 JHN. Because of this,

Page 1

**IT IS STIPULATED** between the parties that the case management currently set for 14 May 2010 be vacated and reset for 4 June 2010 at 2:00 P.M. A joint case management conference statement shall be filed no later than 28 May 2010

Dated: 28 April 2010

/s/ Anthony Boskovich
_____
Anthony Boskovich
Attorney for Plaintiff

Dated: 28 April 2010

/s/ Todd Master
_____
Todd Master
Attorney for Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated: April 29, 2010

_____
Judge of the United States District Court

Stipulation and [Proposed] Order                                                    Page 2