Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiff BRUCE HOPKINS

**IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRUCE HOPKINS,            ) <br>               *Plaintiffs*, ) <br> ) <br> v.                        ) <br> ) <br> OFFICER A. BONVICINO, BADGE NO. ) <br> 1140, individually and in his capacity as a ) <br> San Carlos police officer; OFFICER ) <br> BUELOW, individually and in his capacity ) <br> as a San Carlos police officer; OFFICER ) <br> NICK NGUYEN, BADGE NO. 1141, ) <br> individually and in his capacity as a San ) <br> Carlos police officer; JOHN DOE and ) <br> RICHARD ROE, individually and in their ) <br> capacities as San Carlos police officers, the ) <br> identity and exact number of whom are ) <br> unknown to plaintiff; CITY OF SAN ) <br> CARLOS, DOES 1 through 25, ) <br>               *Defendants*. ) | No. C 05-2932 JSW (JL) <br> AMENDED <br> STIPULATION AND [~~PROPOSED~~] <br> ORDER CONTINUING CASE <br> MANAGEMENT CONFERENCE |

      Upon review of their respective calendars, counsel for plaint iff has determined that he is unavaialable for the case management conference as presently set due to a mediation in Los Angeles in *Grandy v. United States*, Central District of California case number CV 09-1270 JHN. Because of this,

Page 1

**IT IS STIPULATED** between the parties that the case management currently set for 14 May 2010 be vacated and reset for 4 June 2010 at 2:00 P.M. A joint case management conference statement shall be filed no later than 28 May 2010

Dated: 28 April 2010
/s/ Anthony Boskovich
_____
Anthony Boskovich
Attorney for Plaintiff

Dated: 28 April 2010
/s/ Todd Master
_____
Todd Master
Attorney for Defendants

## AMENDED ORDER

The Court amends its previous order to specify that the case management conference shall be heard at 1:30 p.m. rather than 2:00.

**IT IS SO ORDERED.**

Dated: April 29, 2010

_____
Judge of the United States District Court

Stipulation and [Proposed] Order                                    Page 2