IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HOPKINS, | |
|     Plaintiff, | No. C 05-02932 JSW |
|   v. | **ORDER SETTING BRIEFING SCHEDULE** |
| OFFICER A. BONVICINO, et al., | |
|     Defendants. | |

On August 4, 2010, Plaintiff filed a Motion for Partial Summary Judgment, which is now set for hearing on September 17, 2010.  It is HEREBY ORDERED that Defendants' opposition to the motion shall be due on August 20, 2010, and Plaintiff's Reply shall be due on August 27, 2010.  If the parties seek to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification.  If the Court finds the matter suitable for disposition without oral argument, the Court shall notify the parties in advance of the hearing.

**IT IS SO ORDERED.**

Dated: August 5, 2010

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE