IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HOPKINS, | |
| Plaintiff, | No. C 05-02932 JSW |
| v. | **ORDER VACATING HEARING** |
| OFFICER A. BONVICINO, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that Plaintiff's Motion for Partial Summary Judgment which has been noticed for hearing on Friday, September 17, 2010 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: September 14, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE