JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715

Attorneys for Defendants
CITY OF SAN CARLOS, OFFICERS ARMAND BONVICINO,
DAVID BUELOW, and NICK NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HOPKINS,<br><br>                    Plaintiff,<br><br>        vs.<br><br>OFFICER A. BONVICINO, et al.<br><br>                    Defendants. | Case No. C 05-2932 JSW (JL)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE** |

**STIPULATION**

This matter is currently scheduled for a further settlement conference on October 13, 2010 at 2:00 p.m.  Pursuant to this stipulation, the parties respectfully request that the conference be continued to a mutually convenient date in early to mid December in order to permit the parties sufficient time to fully investigate any lien that Medicare may have for the medical treatment plaintiff has obtained post-incident.  Plaintiff's counsel has been in contact with Medicare, but was only recently advised that Medicare could not provide the requested information for another 30 – 45 days (which would essentially be the end of November 2010).  The parties had hoped to have this information in advance of the settlement conference.

1

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

1    The trial of this matter is scheduled to commence on April 18, 2010 and, as such, a brief

2  continuance will not have a negative impact on any potential for a resolution short of trial.

3    Defendants are available for a further settlement conference on any date in December with

4  the exception of the following: 9th, 10th, 17th, or the 22nd through 31st.   Plaintiff's counsel is

5  currently set for trial before Magistrate Trumbull between December 6th and 17th, but is unsure

6  whether the trial will remain on calendar given her pending retirement.  To the extent these dates

7  do not work for the Court, the parties are pleased to coordinate with the Court on another date.

8  Date: October 11, 2010                     HOWARD ROME MARTIN & RIDLEY LLP

9

10                                            By: /s/ Todd H. Master
                                                  Todd H. Master
11                                                Attorneys for Defendants

12  Date: October 11, 2010

13

14                                            By: /s/ Anthony Boskovich
                                                  Anthony Boskovich, Esq.
15                                                Attorney for Plaintiff Bruce Hopkins

16
                                    **ORDER**
17
18      Pursuant to the above stipulation, it is hereby ordered that the settlement conference

        TAKEN  OFF  CALENDAR

    scheduled for October 13, 2010 has been ~~continued to~~_____at___.  ✓
19

20      Date: _Oct 13, 2010_

21

22      By: _Jame Larson_
                Magistrate Judge James Larson
23

24

25

26
                                    2

STIPULATION AND PROPOSED ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE
Case No. C 05-2932 JSW (JL)