IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRUCE HOPKINS,

    Plaintiff,

v.

OFFICER A. BONVICINO, et al.,

    Defendants.
    _____/

No. C 05-02932 JSW

**ORDER RULING ON OBJECTIONS TO EXHIBITS**

The Court has received and considered the parties' positions with regard to the objections to exhibits, including Defendants' errata thereto. (Docket Nos. 125, 129.) The Court's rulings are as follows:

**Plaintiff's Objections:** (1) Exhibit 5: Sustained; (2) Exhibit 15: Reserved. The Court will need to see the relevant portions of the video; (3) Exhibits 16-18: Overruled, provided that the exhibits shall be redacted to exclude irrelevant portions that do not relate to the Officers' conduct in this case; (4) Exhibit 19: Withdrawn, objection moot; (5) Exhibits 21-22: Overruled.

**Defendants' Objections**: Exhibit 24: Sustained.

**IT IS SO ORDERED.**

Dated: April 12, 2011

                                             JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE