**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HOPKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER A. BONVICINO, et al.,<br><br>    Defendants.<br>_____/ | No. C 05-02932 JSW<br><br>**ORDER RULING ON OBJECTIONS TO DESIGNATIONS OF WAHEEDA TALIB DEPOSITION TRANSCRIPT** |

    The Court has received and considered the parties' positions with regard to the objections to portions of the deposition of Waheeda Talib. (Docket No. 123.) Plaintiff's objections to 25:21-25 and 47:19-448:4 are SUSTAINED.

    **IT IS SO ORDERED.**

Dated: April 12, 2011

                                                                    JEFFREY S. WHITE<br>
                                                                    UNITED STATES DISTRICT JUDGE