JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
CITY OF SAN CARLOS, ARMAND BONVICINO,
and DAVID BUELOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HOPKINS,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER A. BONVICINO, et al.<br><br>Defendants. | Case No. C 05-2932 JSW<br><br>[PROPOSED] ORDER GRANTING PERMISSION TO ENTER COURTHOUSE WITH AUDIO/VISUAL EQUIPMENT FOR TRIAL<br><br>Trial Date: April 18, 2011<br>Trial Time: 8:00 a.m.<br>Judge: Hon. Jeffrey S. White |

Pursuant to the Court's March 28, 2011 Order granting Defendants' Motion in Limine # 4 (Document No. 93) to permit the playing of a video deposition in lieu of live testimony, Defendants request permission to use the following audio/visual equipment at trial:

1. Proxima Projector

2. Denon DVD player

3. Anchor Audio Amplifier with stand

---

[PROPOSED] ORDER GRANTING PERMISSION TO ENTER COURTHOUSE WITH AUDIO/VISUAL EQUIPMENT FOR TRIAL; Case No. C 05-2932 JSW

1

4.   Projection screen

5.   Media cart

6.   Cables

Defendants further request permission to bring the aforementioned equipment into the federal court building to set up same for trial during the time period of April 15, 2011 through and including the conclusion of trial, but no later than April 22, 2011. Dan Mottaz of Dan Mottaz Video Productions, LLC., will be delivering, setting up and operating said equipment during that time period.

It is HEREBY ORDERED that Dan Mottaz is granted permission to bring the aforementioned audio/visual equipment into the federal court building for use in Courtroom 11, 19th Floor during the pendency of the trial in this matter. Mr. Mottaz and defense counsel are to coordinate with Courtroom Deputy Jennifer Ottolini to arrange for the set-up of this equipment before the commencement of trial.

Date: April 12, 2011            By: /s/ Jeffrey S. White
                                Hon. Jeffrey S. White

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

[PROPOSED] ORDER GRANTING PERMISSION TO ENTER COURTHOUSE WITH AUDIO/VISUAL EQUIPMENT FOR TRIAL; Case No. C 05-2932 JSW

2