Anthony Boskovich, No. 121198
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiff BRUCE HOPKINS

## IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE HOPKINS,<br>                              *Plaintiffs*,<br>v.<br>OFFICER A. BONVICINO, BADGE NO. 1140, individually and in his capacity as a San Carlos police officer; OFFICER BUELOW, individually and in his capacity as a San Carlos police officer; OFFICER NICK NGUYEN, BADGE NO. 1141, individually and in his capacity as a San Carlos police officer; JOHN DOE and RICHARD ROE, individually and in their capacities as San Carlos police officers, the identity and exact number of whom are unknown to plaintiff; CITY OF SAN CARLOS, DOES 1 through 25,<br>                              *Defendants*. | No. C 05-2932 JSW (JL)<br><br>NOTICE OF SETTLEMENT AND REQUEST TO VACATE JURY TRIAL **AND ORDER THEREON** |

      **PLEASE TAKE NOTICE** that plaintiff has entered into a full settlement with all defendants in this matter.

      **PLEASE TAKE FURTHER NOTICE** that the parties respectfully request that the Court

//

Page 1

vacate the trial date.

Dated: 14 April 2011

/s/ Anthony Boskovich
_____
Anthony Boskovich
Attorney for plaintiff

/s/ Todd Master
_____
Todd Master
Attorney for defendants

**ORDER**

Upon settlement by the parties, and good cause appearing,

**IT IS ORDERED** that the trial dates in this matter are **VACATED**.

Dated: April 15, 2011

_____
Judge of the United States District Court

Page 2