IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRUCE HOPKINS,

    Plaintiff,

v.

OFFICER A. BONVICINO, et al.,

    Defendants.
_____/

No. C 05-02932 JSW

**ORDER REQUIRING STATUS REPORT RE SETTLEMENT**

On April 15, 2011, this Court vacated the trial date based on the parties' representations that this matter had settled. The matter has not yet been dismissed. Accordingly, it is HEREBY ORDERED that the parties shall submit a joint status report by June 24, 2011, setting forth the status of settlement and when they expect to file a dismissal.

**IT IS SO ORDERED.**

Dated: June 16, 2011

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE