1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRUCE HOPKINS,

      Plaintiff,

   v.

A. BONVICINO, et al.,

      Defendants.

_____/

No. C 05-02932 JSW

**AMENDED ORDER OF
REFERRAL RE SETTLEMENT
DISPUTE**

     On April 15, 2011, the parties notified the Court this matter had settled in its entirety. On June 22, 2011, pursuant to a Court Order requesting a status report, the parties indicated that they have a dispute relating to that settlement.

     On June 23, 2011, this Court issued an Order referring the dispute to a randomly assigned Magistrate Judge.  It has come to the Court's attention that, upon Magistrate Judge Larson's retirement, the case was reassigned to Judge Cousins.  Accordingly, the Court HEREBY AMENDS its previous Order, and the settlement dispute in this matter shall be assigned to Magistrate Judge Cousins for resolution or, if Judge Cousins deems it appropriate, for a report and recommendation regarding the dispute.

**IT IS SO ORDERED.**

Dated: July 6, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk