JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
CITY OF SAN CARLOS, OFFICERS ARMAND BONVICINO,
DAVID BUELOW, and NICK NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

BRUCE HOPKINS,

        Plaintiff,

vs.

OFFICER A. BONVICINO, et al.

        Defendants.

Case No. C 05-2932 JSW

**STIPULATION OF DISMISSAL AND ORDER**

[FRCP 41 (a) (1)]

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by plaintiff BRUCE HOPKINS against defendants CITY OF SAN CARLOS, ARMAND BONVICINO, DAVID BUELOW, and NICK NGUYEN (collectively, "defendants") and all others is dismissed in its entirety with prejudice

/ / /

/ / /

/ / /

---

STIPULATION OF DISMISSAL AND ORDER; Case No. C 05-2932 JSW         1

pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees.

                                        HOWARD ROME MARTIN & RIDLEY LLP

Dated: July 28, 2011                By: /s/ Todd H. Master
                                               Todd H. Master
                                               Attorneys for Said Defendants

                                        BOSKOVICH & APPLETON

Dated: July 28, 2011                By: /s/ Anthony Boskovich
                                               Anthony Boskovich
                                               Attorneys for Plaintiff

## ORDER

This Stipulation of Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.

Dated: August 1, 2011

                                               Hon. Jeffrey S. White
                                             United States District Judge